760 A.2d 325 ·
IN THE MATTER OF PAUL J. PASKEY, AN ATTORNEY AT LAW.

October 27, 2000.

## ORDER

The Court on September 29, 2000, having ordered that **PAUL J. PASKEY** of **BAYONNE,** who was admitted to the bar of this State in 1983, be temporarily suspended from the practice of law, pursuant to Rule 1:20–17(e)(1), effective October 28, 2000, unless respondent paid all administrative costs and interest assessed in a previous disciplinary matter or arranged a payment plan satisfactory to the Disciplinary Review Board prior to that date;

And the Disciplinary Review Board having reported to the Court that respondent has arranged a payment plan satisfactory to the Disciplinary Review Board and is current with his payments under the plan;

And good cause appearing;

It is ORDERED that the Order of September 29, 2000, is hereby vacated.